COMPLAINT by A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983

**FILED**
MAY 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME ___WEAVER___   ___WILLIE___
       (LAST)              (FIRST)

PRISONER NUMBER ___J-91389___

INSTITUTIONAL ADDRESS ___PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.___

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

___WILLIE WEAVER___
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

05/01/08    VS.

WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT CORRECTIONAL OFFICERS THIRDWATCH INMATES
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. CV 08 ____  JW (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

I. EXHAUSTION OF ADMINISTRATIVE REMEDIES
   NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S. Y
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE DATE AND RESULT OF THE

COMPLAINT                    -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
   YES ( )   NO (X)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. __STILL BEING PROCESSED__

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531. WARDEN, ASSIST WARDEN, CAPTAIN, LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS FOR THIRD WATCH 05/01/08 AND INMATE IN D04 LEVEN TH

COMPLAINT    - 2 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

- DEFENDANT(S) CONTINUE TO HARRASS PLAINTIFF, THREATEN TO KILL PLAINTIFF, CELL 204 ELEVENTH YELLING OUT TELLING PLAINTIFF YOU BETTER GET THE FUCK OUT OF HERE 210, WELL THIS SUPPOSE TO BE THE QUIET SECTION. THIS HAPPENED ON 05/01/08 ALL OF THIRD WATCH, THE DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT

IV. RELIEF

YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURTS TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT, THREATING, CONSPIRACY, U.S. CONSTITUTION VIOLATION, PENAL CODE VIOLATIONS.

- PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT. SIGNED THIS __05__ DAY OF __01__ 20_08_

COMPLAINT         -3-

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP

PELICAN BAY
P.S.U. UNIT B-2

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE
UNITED STATES
COURT NORTHERN
DISTRICT OF CA
450 GOLDEN
AVENUE
SAN FRANCISCO

9410236661 0004